UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD ANDERSON,

                Plaintiff,

       v.

NEW YORK CITY DEPARTMENT OF FINANCE,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-23-2021

19-CV-7971 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 19, 2021, the Court granted Defendant's motion to dismiss this action, but granted Plaintiff leave to file an amended complaint. Dkt. 33. Plaintiff was ordered to file his amended complaint no later than February 12, 2021. *Id*. To date, he has not done so. No later than March 1, 2021 Plaintiff shall file his amended complaint. Failure to file an amended complaint by that date will result in dismissal of this case with prejudice.

SO ORDERED.

Dated:    February 23, 2021
           New York, New York

                                       RONNIE ABRAMS
                                       United States District Judge