| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

RONALD ANDERSON,

               Plaintiff,

       v.

NEW YORK CITY DEPARTMENT OF FINANCE,

               Defendant.

19-CV-7971 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the upcoming mediation in this case, the initial pe-trial conference, currently scheduled for June 9, 2021, is hereby adjourned sine die. No later than two weeks after the completion of mediation, the parties shall submit a joint letter to the Court. If mediation is unsuccessful, the initial pre-trial conference will be rescheduled at that time.

SO ORDERED.

Dated:    May 28, 2021
               New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge