UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD ANDERSON,

            Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF FINANCE,

           Defendant.

No. 19-CV-7971 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the conference presently scheduled for August 26, 2022 is hereby rescheduled to September 14, 2022 at 4:30 p.m.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.  If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference.  The parties' joint status letter is due by September 7, 2022.

SO ORDERED.

Dated:    August 22, 2022
            New York, New York

                                                  Ronnie Abrams
                                                United States District Judge